UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BERNARD THOMAS KENNEDY, JR.

       Plaintiff,

V.

VAN RU CREDIT CORPORATION

Defendant.

**JURY TRIAL**

CIVIL ACTION NO

APRIL 26, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 1350 E. TOUHY AVENUE, SUITE 100E, DES PLAINES, IL 60018.

6. Defendant communicated with plaintiff March 26, 2010 in connection with collection efforts with regard to plaintiff's disputed personal debt.

7. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the plaintiff's right to orally dispute a debt.

8. The defendant through their collection agent who identified him self as the manager at the call center, stated Plaintiff stole $12,000 and committed a criminal offense.

9. The defendant advised the Plaintiff that despite knowledge of his dispute they would in fact not report his dispute if they reported the debt to the credit bureaus.

10. The defendant stated they reported the defaulted debt to the credit bureaus.

11. The defendant stated that he would garnish the Plaintiff's wages.

12. The defendant failed to disclose the fact that Plaintiff had Federal and State exceptions and rights to a notice and a hearing prior to the Garnishment.

Second Count.

13. The allegations of the First Count are repeated and realleged as if fully set forth herein.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law including $1,000 statutory damages against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide.

THE PLAINTIFF

BY _____
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com